COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-12-00273-CR |
| IN RE: JOHNNIE DEMPSEY WOOD, | § | |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION ON MOTION TO DISMISS

Pending before the Court is a motion filed by Relator, Johnnie Dempsey Wood, to dismiss this mandamus proceeding. Relator states in his motion that the Respondent has granted the relief he sought by his mandamus petition. Accordingly, we grant the motion and dismiss the mandamus proceeding.

September 26, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)